AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

## District of Utah

DARJA O.,

          Plaintiff

       v.

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

         Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:22-cv-00083-PK

IT IS ORDERED AND ADJUDGED

that the decision of the Commissioner is reversed and remanded pursuant to sentence four
of 42 U.S.C. § 405(g)

June 9, 2023

_____
*Date*

BY THE COURT:

_____
Paul Kohler
United States Magistrate Judge